1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7                          FOR THE DISTRICT OF ARIZONA

8

9    Craig Brown,                      )        CV 05-2840-PHX
                                        )
10              Plaintiff,              )        **ORDER**
                                        )
11   vs.                               )
                                        )
12                                      )
     Joseph M. Arpaio,                  )
13                                      )
                Defendant.              )
14                                      )
     _____)
15

16

17          On September 16, 2005 Petitioner filed a complaint pursuant to 42 U.S.C. § 1983

18   (Doc. #1).    On March 23, 2006 Magistrate Judge Aspey issued a Report and

19   Recommendation ("R&R") recommending that the case be dismissed for failure to file a

20   notice of change of address or to otherwise comply with the Court's orders.  (Doc. #8).  No

21   objections were filed by either party.  Plaintiff has since been released from prison.

22          The Court "may accept, reject, or modify, in whole or in part, the findings or

23   recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the

24   district judge must review the magistrate judge's findings and recommendations *de novo if*

25   *objection is made*, but not otherwise."  United States v. Reyna-Tapia, 328 F.3d 1114, 1121

26   (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219,

27   1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of

28   factual and legal issues is required if objections are made, 'but not otherwise.'").  District

1  courts are not required to conduct "any review at all . . . of any issue that is not the subject

2  of an objection."  Thomas v. Arn, 474 U.S. 140, 149 (1985).  No objection having been

3  made, the Court will adopt the R&R in full.

4          Accordingly,

5          **IT IS ORDERED** that the Report and Recommendation (Doc. #8) is **ADOPTED** and

6  that the case be **DISMISSED**.

7

8          DATED this 10th day of October, 2006.

9

10

11

12                                    _____
                                      Roslyn O. Silver
13                                    United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28